# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-1879

**In re: William G. Carter,**

**Petitioner**

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-02259-DDN)
(4:05-cv-01992-HEA)
(4:06-cv-00472-DJS)
(4:05-cv-01050-AGF)
(4:06-cv-00620-TCM)
(4:06-cv-01683-ERW)
(4:05-cv-01209-FRB)
(4:05-cv-01675-ERW)
(4:05-cv-01346-TCM)
(4:05-cv-01787-MLM)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

June 14, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans